# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Stevie Ezikel Taylor                                          Docket No. 7:97-CR-98-2

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stevie Ezikel Taylor, who, upon an earlier plea of guilty to 18 U.S.C. §841(a)(1), Possession With Intent to Distribute Marijuana, and 18 U.S.C. §924 (c)(1) and 2, Using a Firearm During and in Relation to a Drug Trafficking Crime, and Aiding and Abetting, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 14, 1998, to the custody of the Bureau of Prisons for a term of 186 months. On November 15, 1999, pursuant to Rule 35(b), the Court reduced the term of imprisonment to 150 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in such vocational training program as may be directed by the probation office.

5. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

6. The defendant shall pay a fine of $9,600.

Stevie Ezikel Taylor was released from custody on February 8, 2011, at which time the term of supervised release commenced.

Stevie Ezikel Taylor
Docket No. 7:97-CR-98-2
Petition For Action
Page 2

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 5, 2011, Taylor was reported to the court via Petition for Action on Supervised Release for incurring a positive urine test for marijuana. The court continued supervision but imposed a two day jail term and the DROPS condition of intermittent confinement in response to detected illegal drug use. Mr. Taylor completed this sanction as required.

On September 22, 2011, Taylor tested positive for marijuana. He was reported to the court on October 24, 2011, and continued on supervision, but ordered to serve 30 days on home confinement with electronic monitoring. However on October 27, 2011, Taylor tested positive again for marijuana prior to starting the period of home confinement. Therefore, we would recommend the court continue supervision, but extend the period of home confinement an additional 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period of 30 days to be served consecutive to the 30 days previously imposed by the court. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ John A. Cooper |
| Kevin L. Connolley | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | Phone: 910-815-4857 |
| | Executed On: November 16, 2011 |

Stevie Ezikel Taylor
Docket No. 7:97-CR-98-2
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this ___16th___ day of ___November___, 2011, and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge